**MAURICE R. VINIKOFF, Executor of the Estate of Sadie Adelman, deceased, v. HYMAN ADELMAN.**

30 So. (2nd) 748                                            January Term, 1947
June 6, 1947                                                Special Division A
Rehearing denied June 23, 1947

*Roland W. Granat,* for appellant.

*Price & Price,* for appellee.

PER CURIAM:

Affirmed on authority of Tyre v. Wright, 144 Fla. 90, 197 So. 846; In re: Monk's Estate, 155 Fla. 240, 19 So. (2nd) 796; Ullendorf v. Brown, 156 Fla. 655, 24 So. (2nd) 37, and similar cases.

BUFORD, Acting Chief Justice, CHAPMAN, and ADAMS, JJ., and WILLIAMS, Associate Justice, concur.